Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                                      Case No.: 20−24038−CMG
                                                     Chapter: 13
                                                     Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J Paynton
   18 Rose Lane
   Old Bridge, NJ 08857

Social Security No.:
   xxx−xx−6721

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/1/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 1, 2021
JAN: dmi

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-24038-CMG |
| William J Paynton | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 01, 2021 | Form ID: 148 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William J Paynton, 18 Rose Lane, Old Bridge, NJ 08857-3207 |
| 519061014 | | American Express, PO Box 2092, Saint Charles, MO 63302-2092 |
| 519061016 | | BCA Financial Services, Inc., 18001 Old Cutler Rd, Ste 462, Miami, FL 33157-6437 |
| 519061017 | + | Bureau Of Accounts Con, 3601 Route 9 North, Howell, NJ 07731-3395 |
| 519061019 | + | CVS/specialty, PO Box 99778, Chicago, IL 60696-7578 |
| 519061020 | + | East Coast News Corp, 59 Lake Drive, Hightstown, NJ 08520-5320 |
| 519061022 | + | FBCS Inc, 330 S. Warminster Rd. Suite 353, Hatboro, PA 19040-3433 |
| 519061021 | + | Fairfax Circuit Court, 4110 Chain Bridge Road, Fairfax, VA 22030-4009 |
| 519061023 | + | Financial Recoveries, 200 East Park Drive, Mount Laurel, NJ 08054-1297 |
| 519061025 | + | GC Services, PO Box 3346, Houston, TX 77253-3346 |
| 519061028 | | HRRG, PO Box 8486, Coral Springs, FL 33075-8486 |
| 519061027 | + | Holli Alster DPM LLC, 600 Bridge Plaza Dr, Englishtown, NJ 07726-1752 |
| 519061032 | + | KB Associates LLC, 59 Lake Drive, Hightstown, NJ 08520-5320 |
| 519061036 | + | Middlesex County Law Division, P.O. Box 1146, New Brunswick, NJ 08903-1146 |
| 519061037 | + | Monmouth County Special Civil Part, PO Box 1260, Freehold, NJ 07728-1260 |
| 519061038 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 519061039 | + | New Res-shellpoint Mtg, 55 Beattie Place, Greenville, SC 29601-2165 |
| 519114830 | | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 519131718 | + | On Deck Capital, Inc., 12 Powder Springs Street, Suite 240, Marietta, GA 30064-7205 |
| 519061041 | + | Princeton Orthopaedic, PO Box 45702, Baltimore, MD 21297-5702 |
| 519061042 | + | Professional Account Management, LLC, PO Box 1520, Milwaukee, WI 53201-1520 |
| 519061043 | + | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 519061046 | | Trans-Continental Credit & Collection, PO Box 5055, White Plains, NY 10602-5055 |
| 519061047 | + | USA Recreational Supply Inc, 1011 Kinley Rd, Irmo, SC 29063-9635 |
| 519078828 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh,nc 27605-1000 |
| 519061049 | + | Wells Fargo Dealer Svc, Po Box 10709, Raleigh, NC 27605-0709 |
| 519061050 | #+ | Zwicker & Associates, P.C., 1105 Laurel Oak Rd. Ste 136, Voorhees, NJ 08043-4312 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 01 2021 22:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 01 2021 22:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519115429 | | EDI: GMACFS.COM | Jun 02 2021 02:03:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519061013 | + | EDI: GMACFS.COM | Jun 02 2021 02:03:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 01, 2021 | Form ID: 148 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 519076881 | | EDI: BECKLEE.COM | Jun 02 2021 02:03:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519061015 | + | EDI: AMEREXPR.COM | Jun 02 2021 02:03:00 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519061018 | + | Email/Text: clientrep@capitalcollects.com | Jun 01 2021 22:45:00 | Capital Collections, PO Box 150, West Berlin, NJ 08091-0150 |
| 519067284 | + | EDI: AIS.COM | Jun 02 2021 02:03:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519061024 | | Email/Text: bankruptcy@frost-arnett.com | Jun 01 2021 22:42:00 | Frost - Arnett Company, PO Box 198988, Nashville, TN 37219-8988 |
| 519061026 | + | Email/Text: sternback@heitnerbreitstein.com | Jun 01 2021 22:43:00 | Heitner & Breitstein P.C., 28 N. Main St, Marlboro, NJ 07746-1429 |
| 519061030 | | EDI: IRS.COM | Jun 02 2021 02:03:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 519124880 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 01 2021 22:42:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519061033 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 01 2021 22:42:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519066666 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 01 2021 22:57:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519061034 | + | EDI: LENDNGCLUB | Jun 02 2021 02:03:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2807 |
| 519061035 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 01 2021 22:57:22 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 519061040 | + | Email/Text: bankruptcy@ondeck.com | Jun 01 2021 22:45:00 | On Deck Capital Inc, 1400 Broadway, New York, NY 10018-5300 |
| 519061044 | | Email/Text: rwjebn@rwjbh.org | Jun 01 2021 22:45:00 | Robert Wood Johnson University Hospital, PO Box 15448, Newark, NJ 07192-5448 |
| 519061045 | + | Email/PDF: clerical@simmassociates.com | Jun 01 2021 23:03:01 | Simm Associates, Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 519061048 | | EDI: WFFC.COM | Jun 02 2021 02:03:00 | Wells Fargo, Po Box 5445, Portland, OR 97228 |
| 519106425 | + | EDI: WFFC.COM | Jun 02 2021 02:03:00 | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482, Phoenix, AZ 85038-9482 |
| 519067643 | | EDI: WFFC.COM | Jun 02 2021 02:03:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519061031 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 519061029 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 01, 2021 | Form ID: 148 | Total Noticed: 49 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2021                     Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Debtor William J Paynton rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 4